## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Howard Mercedes                                    CHAPTER 13

Debtor(s)

BKY. NO. 25-10724 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

        Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
10 Jul 2026, 16:37:32, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: b48eb5aec471ab38d31c26f2b457f05ad57427da43321e6f79f9c35ffd28288e